United States Court of Appeals
Fifth Circuit

**F I L E D**

**January 26, 2004**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS**
**FIFTH CIRCUIT**

_____

No. 03-30388
_____

ANTHONY L. GLOVER,

Plaintiff-Appellant,

versus

THE UNITED STATES OF AMERICA and
DEPARTMENT OF THE TREASURY,
INTERNAL REVENUE SERVICE

Defendants-Appellees.

_____

Appeal from the United States District Court
For the Eastern District of Louisiana
USDC No. 01-CV-3813

_____

Before JOLLY, HIGGINBOTHAM, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See 5th Cir. Rule 47.6.

_____

[*] Pursuant to 5th CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.